PD-0319-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/17/2015 4:05:27 PM
Accepted 6/19/2015 11:43:30 AM
ABEL ACOSTA
CLERK

# LAURA KNIGHT
## 219 DOLAN ST.
## EL PASO, TEXAS 79905

Telephone Number (915) 471-7498
E-Mail Address: Salomelknight3714@att.net

**June 17, 2015**

FILED IN
COURT OF CRIMINAL APPEALS

Clerk of the Court
The Texas Court of Criminal Appeals
209 West 14th St. Suite 106
Austin, Texas 78701

June 19, 2015

ABEL ACOSTA, CLERK

Re: 3rd Request for Extension of Time to file Appellant Brief

PRD Number 0319-15

LAURA KNIGHT
Appellant
v.
THE STATE OF TEXAS
Appellee

*30 days granted pc 6-19-15*

**APPELLANT'S PETITION FOR DISCRETIONARY REVIEW of the EIGHTH COURT OF APPEALS JUDGMENT in No. 08-12-00355-CR**
Affirming conviction in Cause No. 20090D02461 from the
346th Judicial District Court of El Paso County, Texas

Dear Sir:

My name is Laura Knight and I am attempting to file a "pro-se" appeal for discretionary review in your court.

I called your court clerk two days ago, Mr. Mark Adams, to request a 3rd extension of time as to the due date for filing an appellant's brief. I am informed that I can write to your court as to my request.

I am not an attorney and I do not have the funds to hire an attorney. I just received notice from the El Paso District Clerk as to the my trial exhibits and I am being told that if my exhibits are not all there then I have to return to the 346th District Court as to getting my trial exhibits. My appellate brief is due June 29, 2015 and I need time to make sure that my Court Record and Exhibits are complete for your court's review and acceptance.

For the foregoing reason I am not finish with my brief. I need more time to finish my brief and submit the same to your court. I am doing the best with what resources I have. I am asking for an extension to meet my obligations with your appellate requirements.

By this letter I request an extension of at least 30 days to file my appellant's brief.

I want an opportunity to pursue an appeal with your court and I cannot do so on the time schedule that I am being squeezed in collecting my evidence and transcript.

Respectfully,

Laura Knight